**Abbas HABHAB, Appellant,**

v.

**FIRST DAKOTA NATIONAL BANK, Yankton, South Dakota.**

**No. 16175.**

United States Court of Appeals
Eighth Circuit.

May 5, 1959.

Guthrie & Blackburn, Webster City, Iowa, for appellant.

Alan Loth and Francis E. Tierney, Fort Dodge, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution on motion of appellee.

**Gertrude TERRY, Administratrix of the Estate of A. F. Terry, Deceased, Appellant,**

v.

**A. P. GREEN FIRE BRICK COMPANY.**

**No. 16102.**

United States Court of Appeals
Eighth Circuit.

May 12, 1959.

M. V. Moody, Little Rock, Ark., for appellant.

Barber, Henry, Thurman & McCaskill, Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court, 164 F. Supp. 184, dismissed by the Court for lack of prosecution.

**STATE OF ARKANSAS ex rel. Bruce BENNETT, Attorney General, by Ovid T. Switzer, Special Counsel, Appellant,**

v.

**TEXAS GAS TRANSMISSION CORPORATION.**

**No. 16224.**

United States Court of Appeals
Eighth Circuit.

June 8, 1959.

Carneal Warfield, Lake Village, Ark., and Ovid T. Switzer, Crossett, Ark., for appellant.

Edward P. Russell, Memphis, Tenn., and Ohmer C. Burnside, Lake Village, Ark., for appellee.

PER CURIAM.

Appeal from District Court, D.C., 171 F.Supp. 413, dismissed without prejudice at cost of appellant, on motion of appellant.